UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Judith Doebereinder, et al. v. Bayer Corporation, et al.* | No. 3:10-cv-13452-DRH |
| *Penelope Parrish v. Bayer Corporation, et al.* | No. 3:11-cv-13225-DRH |
| *Bonnie Jones, et al. v. Bayer Corporation, et al.* | No. 3:10-cv-10246-DRH |
| *Julie Leanes v. Bayer Corporation, et al.* | No. 3:10-cv-11918-DRH |
| *Mary R. Prelle v. Bayer Corporation, et al.* | No. 3:10-cv-20047-DRH |
| *Megan Scully v. Bayer Corporation, et al.* | No. 3:12-cv-10777-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 19, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
        Deputy Clerk

**Dated:**  May 21, 2014

Digitally signed by David R. Herndon
Date: 2014.05.21 16:03:48 -05'00'

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**